Harlan S. Watson, Plaintiff-Appellant, v. Civil Service Commission of the City of Springfield, et al., Defendants-Appellees.

Gen. No. 10,307. ▮

Third District.
January 19, 1961.
Rehearing denied February 7, 1961.

William P. Sheehan, John C. Sheehan, and Sylvester L. Carter, all of Springfield, for appellant; Robert Weiner and James T. Londrigan, of Springfield, for appellees. Opinion by JUSTICE REYNOLDS. Not to be published in full.